Same case below, 304 Fed. Appx. 866.

**No. 09-490. Mayo Collaborative Services, dba Mayo Medical Laboratories, et al., Petitioners v. Prometheus Laboratories, Inc.**

561 U.S. 1040, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5537.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of Bilski v. Kappos, 561 U.S. 593, 130 S. Ct. 3218, 177 L. Ed. 2d 792 (2010).

Same case below, 581 F.3d 1336.

**No. 09-167. Richard Scrushy, Petitioner v. United States.**

**No. 09-182. Don Eugene Siegelman, Petitioner v. United States.**

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5528.

June 29, 2010. Petitions for writs of certiorari granted. Judgment vacated, and cases remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same cases below, 561 F.3d 1215.

**No. 09-929. Jack L. Hargrove, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5527.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same case below, 579 F.3d 752.

**No. 09-1035. Imad Salim Hereimi, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5535.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same case below, 357 Fed. Appx. 82.